IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CURTIS WAYNE DALE
SMITH, JR.                                                                                                    PLAINTIFF

v.                              Case No. 4:24-cv-04019

SHERIFF BRYAN MCJUNKINS;
and JAIL ADMINISTRATOR
JANA TALLANT                                                                                              DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed January 3, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 26). Judge Bryant recommends Plaintiff's Motion for Dismissal (ECF No. 24) be granted and that Plaintiff's Amended Complaint (ECF No. 7) be dismissed without prejudice.

No party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*. Accordingly, Plaintiff's Motion for Dismissal (ECF No. 24) is hereby **GRANTED** and Plaintiff's Amended Complaint (ECF No. 7) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge